# RASKIN & RASKIN
*Attorneys at law*

MARTIN R. RASKIN
*mraskin@raskinlaw.com*

JANE SERENE RASKIN
*jraskin@raskinlaw.com*

October 31, 2019

Honorable James L. Cott
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: United States v. David Pike, No. 19 MAG 8240

Dear Judge Cott:

This firm represents David Pike who has been charged in a criminal complaint with making a false statement in violation of Title 18 USC § 1001. On September 12, 2019, this court set bail at $500,000 personal surety and, among other standard conditions, restricted Mr. Pike's travel to the Southern District of Florida, where he resides, and the Eastern and Southern Districts of New York.[1]

David Pike wishes to travel to Orlando, Florida from November 14th through November 16th to take his family to the Universal Studios Theme Park, which is located in the Middle District of Florida. If allowed such travel, he will timely notify Pretrial Services in advance and provide his itinerary. I discussed this matter with Assistant US Attorney Nicholas Folly, who advises that the government has no objection to such travel.

Therefore, it is respectfully requested that the court enter and order allowing Mr. Pike to travel to Orlando Florida with his family on November 14-16, 2019, upon timely notice to Pretrial Services.

Respectfully yours,

/s/Martin R. Raskin
MARTIN R. RASKIN

*[Handwritten: Without objection from the Government, the application is granted. SO ORDERED. James L. Cott, USMJ 10/31/19]*

---

[1] Travel is also permitted to the District of Massachusetts for business purposes with advanced notification to Pretrial Services.

MIAMI  201 Alhambra Circle, Suite 1050 | Coral Gables, Florida 33134 | Telephone 305 444 3400

NAPLES  7400 Tamiami Trail North, Suite 101 | Naples, Florida 34108 | Telephone 239 431 6041