UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA          :
                                  :                **Order of Continuance**
            v.                    :
                                  :                **19 Mag. 8240**
DAVID R. PIKE,                    :
                                  :
                    *Defendant.*  :
-----------------------------------------------------------X

Upon the application of the United States of America and the affirmation of Julieta V. Lozano, Special Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violating Title 18, United States Code, Section 1001, in a Complaint dated August 29, 2019;

It is further found that the defendant was presented before Magistrate Judge James L. Cott on September 12, 2019;

It is further found that at the time of the defendant's presentment, the defendant appeared with his retained counsel Marty Raskin, Esq., and Jane Raskin, Esq.,

It is further found that at the time of the defendant's presentment, Magistrate Judge Cott set bail, and the defendant remained at liberty pursuant to a set of bail conditions;

It is further found that, under the Speedy Trial Act, the Government was initially required to file an indictment or information on or before October 15, 2019;

It is further found that on October 15, 2019, United States Magistrate Judge Ona T. Wang granted the parties' mutual request for an order of continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until November 14, 2019.

It is further found that Special Assistant United States Attorney Julieta V. Lozano and Mr. Raskin have continued to engage in discussions concerning additional charges that

might be brought in this case. Such discussions are ongoing. The parties are therefore in agreement that a continuance in this case is appropriate. The defendant, through counsel, has consented to such a continuance and has specifically waived his right to be charged in an indictment or information for an additional period not to exceed 30 days;

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until **December 13, 2019**, and that a copy of this Order and the affirmation of Special Assistant United States Attorney Julieta V. Lozano be served via electronic mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
November 13, 2019

_____
HONORABLE KATHARINE PARKER
UNITED STATES MAGISTRATE JUDGE